[No. 15489-7-II.     Division Two.     March 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v.
CHRISTOPHER LEE BRADLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 91-1-00005-9, Ted Kolbaba, J., entered November 14, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Houghton, J.

[No. 14504-9-II.     Division Two.     March 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. SUZANNE
KULLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 90-1-00076-1, Gary W. Velie, J., entered November 26, 1990. *Reversed* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Morgan, C.J., and Seinfeld, J.

[No. 14144-2-II.     Division Two.     March 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD
LEE PETTIT, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-1-00203-9, Barbara D. Johnson, J., entered July 31, 1990. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Houghton, J.